# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Danira Ramirez Mota,

Petitioner,

v.

Todd M Lyons, et al.,

Respondents.

No. CV-26-07337-PHX-ASB

**ORDER**

On October 7, 2026, Petitioner filed Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 on October 7, 2026, challenging his immigration detention as a violation of the Due Process Clause of the Fifth Amendment. (Doc. 1.) She seeks a writ directing Respondents to immediately release her from custody, *inter alia.* (*Id.* at 20.)

There is full consent to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). (Doc. 4.)

Pursuant to General Order 26-09, the Court electronically served the Petition on Respondents and issued the Standard Scheduling Order, which required Respondents to respond to the Petition within seven days. (Docs. 6, 7.) Respondents' response deadline was October 14, 2026, but no response was filed.

Because Respondents failed to provide any justification for Petitioner's detention, the Court finds any defense to his claims waived. *See N-E-M-B v. Wamsley*, No. 25-cv-00989-SI, 2025 WL 3527111, at *7 (D. Or. Dec. 9, 2025) ("Respondents do not challenge any aspect of the Petition on the merits and thus the Court finds that Respondents have

waived such challenges and conceded those aspects of the Petition."); *Soleimani v. LaRose*, No. CV-25-03082-DMS-DEB, 2025 WL 3268412, at *3 (S.D. Cal. Nov. 24, 2025) (granting petition because "[b]y failing to respond to the claims actually asserted, Respondents have conceded the claims.").

The Petition will therefore be granted, and Petitioner ordered released from custody immediately.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted**.

**IT IS FURTHER ORDERED** Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance within two business days of Petitioner's release.

**IT IS FURTHER ORDERED** any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

**IT IS FURTHER ORDERED** the Clerk of Court must immediately transmit by email a copy of this Order to the United States Attorney for the District of Arizona, to the attention of Melissa Kroeger at melissa.kroeger@usdoj.gov, Lon Leavitt at lon.leavitt@usdoj.gov, Dina Anagnopoulos at Dina.Anagnopoulos@usdoj.gov, and Mary Finlon at Mary.Finlon@usdoj.gov.

Dated this 27th day of October, 2026.

Honorable Alison S. Bachus
United States Magistrate Judge